# EXHIBIT 1

#56521967 v7

BK0020 PG0018

# Rentals

| Doc. date | Invoice # | Invoice Amt | Model | SN | Rental Period | Arsenal |
|---|---|---|---|---|---|---|
| 3/29/19 | T6498704 | $ 879.80 | CB36HD | 0MCN07926 | 3/11/19 - 4/8/19 | $ 879.80 |
| 3/29/19 | T6718502 | $ 22,503.80 | 336FLSG | 0RKB10423 | 3/11/19 - 4/8/19 | $ 22,503.80 |
| 4/1/19 | T6746001 | $ 15,682.17 | 572R | 0DSC00483 | 3/11/19 - 4/8/19 | $ 15,682.17 |
| 4/10/19 | T6755801 | $ 25,944.82 | D8TW | 0FMC01450 | 3/18/19 - 4/2/19 | $ 25,944.82 |
| 4/10/19 | T6837101 | $ 2,756.00 | DH3-17-25 | DH41713095 | 4/1/19 - 4/3/19 | $ 2,756.00 |
| 4/11/19 | T6746101 | $ 15,868.20 | 572R | 0DSC00417 | 3/18/19 - 4/15/19 | $ 15,868.20 |
| 4/11/19 | T6759401 | $ 13,770.46 | 336FLSG | 0EKB01368 | 3/18/19 - 4/15/19 | $ 13,770.46 |
| 4/11/19 | T6754001 | $ 13,451.40 | 336ELSG | 0FJH00303 | 3/18/19 - 4/15/19 | $ 13,451.40 |
| 4/11/19 | T6766901 | $ 13,959.67 | 336ELSG | 0FJH01845 | 3/18/19 - 4/15/19 | $ 13,959.67 |
| 4/11/19 | T6766801 | $ 13,451.40 | 336ELSG | 0FJH01859 | 3/18/19 - 4/15/19 | $ 13,451.40 |
| 4/11/19 | T6755902 | $ 23,442.96 | D8TW | 0FMC01448 | 3/18/19 - 4/15/19 | $ 23,442.96 |
| 4/11/19 | T6753901 | $ 13,589.20 | D6TLGPWVP | 0KSB01675 | 3/12/19 - 4/9/19 | $ 13,589.20 |
| 4/11/19 | T6768101 | $ 13,957.23 | D6TLGPWVP | 0MH700609 | 3/18/19 - 4/15/19 | $ 13,957.23 |
| 4/11/19 | T6744801 | $ 6,911.20 | TL1255D | 0ML701669 | 3/11/19 - 4/8/19 | $ 6,911.20 |
| 4/11/19 | T6769601 | $ 13,811.27 | 336FLSG | 0RKB01094 | 3/18/19 - 4/18/19 | $ 13,811.27 |
| 4/11/19 | T6759701 | $ 13,833.53 | 336FLSG | 0RKB01355 | 3/18/19 - 4/15/19 | $ 13,833.53 |
| 4/11/19 | T6750001 | $ 9,614.20 | H160ES | 0W9B00732 | 3/18/19 - 4/15/19 | $ 9,614.20 |
| 4/11/19 | T6750101 | $ 9,614.20 | H160ES | 0W9B00733 | 3/15/19 - 4/12/19 | $ 9,614.20 |
| 4/11/19 | T6771601 | $ 286.20 | THF48 | 2014260-04 | 3/18/19 - 4/15/19 | $ 286.20 |
| 4/11/19 | T6749501 | $ 7,907.60 | DH3-17-25 | DH31718059 | 3/26/19 - 4/23/19 | $ 7,907.60 |
| 4/16/19 | T6816601 | $ 911.60 | DB36SD | 0NBC13837 | 2/28/19 - 3/12/19 | $ 911.60 |
| 4/17/19 | T6579103 | $ 11,299.60 | D6TLGPWVP | 0MH700600 | 4/8/19 - 5/6/19 | $ 11,299.60 |
| 4/26/19 | T6718503 | $ 19,959.80 | 336FLSG | 0RKB10423 | 4/9/19 - 5/7/19 | $ 19,959.80 |
| 4/30/19 | T6753902 | $ 12,423.20 | D6TLGPWVP | 0KSB01675 | 4/8/19 - 5/6/19 | $ 12,423.20 |
| 4/30/19 | T6498705 | $ 879.80 | CB36HD | 0MCN07926 | 4/8/19 - 5/6/19 | $ 879.80 |
| 4/30/19 | T6744802 | $ 5,321.20 | TL1255D | 0ML701669 | 4/8/19 - 5/6/19 | $ 5,321.20 |
| 4/30/19 | T6746002 | $ 13,471.54 | 572R | 0DSC00483 | 4/8/19 - 5/6/19 | $ 13,471.54 |
| 5/1/19 | T6771602 | $ 286.20 | THF48 | 2014260-04 | 4/12/19 - 5/10/19 | $ 286.20 |
| 5/1/19 | T6891201 | $ 7,271.60 | DH3-17-25 | DH31719027A | 4/12/19 - 5/10/19 | $ 7,271.60 |
| 5/8/19 | T6387605 | $ 6,826.40 | 336EL | 0BYZ02336 | 3/4/19 - 3/11/19 | $ 6,826.40 |
| 5/8/19 | T6754002 | $ 426.65 | 336ELSG | 0FJH00303 | 4/15/19 - 5/2/19 | $ 426.65 |

| Date | Ticket # | Amount | Code1 | Code2 | Date Range | Amount | Days/Description |
|---|---|---|---|---|---|---|---|
| 5/9/19 | T6766902 | $ 11,220.63 | 336EL SG | OFJH01845 | 4/15/19 - 5/13/19 | $ 10,018.42 | 25 days Arsenal...3 days Antero |
| 5/9/19 | T6766802 | $ 10,801.40 | 336EL SG | OFJH01859 | 4/15/19 - 5/13/19 | $ 10,801.40 | |
| 5/9/19 | T6755903 | $ 20,401.82 | D8TW | OFMC01448 | 4/15/19 - 5/13/19 | $ 20,401.82 | |
| 5/9/19 | T6768102 | $ 12,712.58 | D6TLGPWVP | OMH700609 | 4/15/19 - 5/13/19 | $ 4,540.21 | 10 days Arsenal...18 days Antero |
| 5/9/19 | T6769602 | $ 10,801.40 | 336FL SG | ORKB01094 | 4/15/19 - 5/13/19 | $ 10,801.40 | |
| 5/9/19 | T6759702 | $ 10,801.40 | 336FL SG | ORKB01355 | 4/15/19 - 5/13/19 | $ 10,801.40 | |
| 5/9/19 | T6759402 | $ 10,801.40 | 336B | ORKB01368 | 4/15/19 - 5/13/19 | $ 5,786.46 | 15 days Arsenal...13 days Antero |
| 5/9/19 | T6925501 | $ 16,832.80 | 740B | OT4R02539 | 4/17/19 - 5/15/19 | $ 16,832.80 | |
| 5/9/19 | T6750002 | $ 9,084.20 | H160ES | 0W9B00732 | 4/15/19 - 5/13/19 | $ 5,839.84 | 18 days Arsenal...10 days Antero |
| 5/9/19 | T6750102 | $ 9,084.20 | H160ES | 0W9B00733 | 4/15/19 - 5/13/19 | $ 9,084.20 | |
| 5/9/19 | T6749502 | $ 7,271.60 | DH3-17-25 | DH31718059 | 4/15/19 - 5/13/19 | $ 7,271.60 | |
| 5/10/19 | T6755904 | $ 2,650.00 | D8TW | ORMC01448 | 5/7/19 - 5/7/19 | $ 2,650.00 | |
| 5/13/19 | T6816602 | $ 911.60 | DB36SD | ONBC13837 | 4/23/19 - 5/21/19 | $ 911.60 | |
| 5/22/19 | T6746102 | $ 16,302.80 | 572R | ODSC00417 | 4/15/19 - 5/8/19 | $ 16,302.80 | |
| 5/22/19 | T6766803 | $ 2,556.08 | 336EL SG | OFJH01859 | 5/10/19 - 5/10/19 | $ 2,556.08 | |
| 5/24/19 | T6718504 | $ 10,801.40 | 336FL SG | ORKB10423 | 5/6/19 - 6/3/19 | $ 10,801.40 | |
| 5/24/19 | T6925502 | $ 361.46 | 740B | OT4R02539 | 5/15/19 - 5/15/19 | $ 361.46 | |
| 5/29/19 | T6746003 | $ 13,347.52 | 572R | ODSC00483 | 5/10/19 - 6/7/19 | $ 6,673.76 | 14 days Arsenal...14 days Antero |
| 5/29/19 | T6753903 | $ 12,423.20 | D6TLGPWVP | 0KSB01675 | 5/7/19 - 6/4/19 | $ 2,662.11 | 6 days Arsenal...22 days Antero |
| 5/29/19 | T6498706 | $ 879.80 | CB36HD | OMCN07926 | 5/6/19 - 6/3/19 | $ 879.80 | |
| 5/29/19 | T6744803 | $ 5,321.20 | TL1255D | 0ML701669 | 5/6/19 - 6/3/19 | $ 5,321.20 | |
| 5/29/19 | T6771603 | $ 286.20 | THF48 | 2014260-04 | 5/10/19 - 6/7/19 | $ 286.20 | |
| 5/29/19 | T6891202 | $ 7,271.60 | DH3-17-25 | DH31719027A | 5/10/19 - 6/7/19 | $ 7,271.60 | |
| 6/4/19 | T6769603 | $ 10,801.40 | 336FL SG | ORKB01094 | 5/13/19 - 6/10/19 | $ 10,801.40 | |
| 6/4/19 | T6759703 | $ 10,801.40 | 336FL SG | ORKB01355 | 5/13/19 - 6/10/19 | $ 10,801.40 | |
| 6/4/19 | T6750103 | $ 9,084.20 | H160ES | 0W9B00733 | 5/13/19 - 6/10/19 | $ 9,084.20 | |
| 6/4/19 | T6749503 | $ 7,271.60 | DH3-17-25 | DH31718059 | 5/13/19 - 6/10/19 | $ 7,271.60 | |
| 6/10/19 | T6816603 | $ 911.60 | DB36SD | ONBC13837 | 5/21/19 - 6/18/19 | $ 911.60 | |
| 6/24/19 | T6498707 | $ 879.80 | CB36HD | OMCN07926 | 6/3/19 - 7/1/19 | $ 439.90 | 14 days Arsenal...14 days Antero |
| 6/24/19 | T6744804 | $ 5,321.20 | TL1255D | 0ML701669 | 6/3/19 - 7/1/19 | $ 2,660.60 | 14 days Arsenal...14 days Antero |
| 6/24/19 | T6759704 | $ 14,119.20 | 336FL SG | ORKB01355 | 6/10/19 - 6/19/19 | $ 14,119.20 | |
| 6/26/19 | T6771604 | $ 286.20 | THF48 | 2014260-04 | 6/7/19 - 7/5/19 | $ 143.10 | 14 days Arsenal...14 days Antero |
| 6/28/19 | T6768104 | $ 12,423.20 | D6TLGP W | OHTZ00400 | 6/10/19 - 7/8/19 | $ 3,105.80 | 7 days Arsenal...21 days Antero |

| Date | Misc Project | Parts/Serv ice | | Invoice # | Amount | | Check # | Period | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 6/28/19 | | | | T6750104 | $ 9,084.20 | H160ES | 0W9B00733 | 6/10/19 - 7/8/19 | $ 4,542.10  14 days Arsenal...14 days Antero |
| 7/12/19 | | | | T6769604 | $ 10,801.40 | 336FLSG | ORKB01094 | 6/10/19 - 7/8/19 | $ 1,157.29  3 days Arsenal...25 days Antero |
| 7/23/19 | | | | T6718505 | $ 15,947.70 | 336FLSG | ORKB10423 | 6/3/19 - 6/19/19 | $ 15,947.70 |
| | duplicate payment of inovices assosicated with Arsenal Project | | | | | | | | $ (63,928.99) |
| 4/3/19 | | | 3 | INPP0314695 | $ 362.15 | | | | $ 362.15 |
| 4/3/19 | | | 4 | | $ 62.07 | | | | $ 62.07 |
| 4/5/19 | | | 9 | | $ 152.77 | | | | $ 152.77 |
| 4/6/19 | | | 5 | | $ 201.21 | | | | $ 201.21 |
| 4/11/19 | | | 3 | | $ 57.05 | | | | $ 57.05 |
| 4/16/19 | | | 5 | | $ 679.05 | | | | $ 679.05 |
| 4/18/19 | | | 9 | | $ 86.62 | | | | $ 86.62 |
| 4/18/19 | | | 0 | | $ 286.14 | | | | $ 286.14 |
| 4/18/19 | | | 8 | | $ 2,985.10 | | | | $ 2,985.10 |
| 4/25/19 | | | 1 | | $ 1,281.73 | | | | $ 1,281.73 |
| 4/27/19 | | | 9 | | $ 300.28 | | | | $ 300.28 |
| 5/3/19 | | | 0 | | $ 424.69 | | | | $ 424.69 |
| 5/4/19 | | | 5 | | $ 69.18 | | | | $ 69.18 |
| 5/4/19 | | | 6 | | $ 39.83 | | | | $ 39.83 |
| 5/4/19 | | | 7 | | $ 150.14 | | | | $ 150.14 |
| 5/8/19 | | | 5 | | $ 326.95 | | | | $ 326.95 |
| 5/22/19 | | | 7 | | $ 267.84 | | | | $ 267.84 |
| 6/19/19 | | | 4 | | $ 5,144.96 | | | | $ 5,144.96  BZY023336 |
| 7/5/19 | | | Pd 2X. Ck | | $ (12.53) | | | | $ (12.53) |
| 7/5/19 | | | Pd 2X. Ck | | $ (708.11) | | | | $ (708.11) |

BK0020 PG0021

| Date | Pd 2x. Ck | Amount |
|---|---|---|
| 7/5/19 | | $ (86.96) |
| 7/16/19 | 8 | $ 906.11 |
| 8/1/19 | 1 | $ 6,264.43 |

| | | |
|---|---|---|
| | $ | (86.96) |
| | $ | 906.11  T4R02539 |
| | $ | 6,264.43  RKB01355 |
| | $ | 535,468.06 |