# EXHIBIT 2

#56521967 v7

STANLEY & OKMIN OP2
BRUCE E STANLEY
2424 CRAFTMONT AVENUE
PITTSBURGH PA 15205

Harrison County
Susan J Thomas, Clerk
Instrument 201900018922
08/27/2019 @ 09:14:00 AM
MECHANICS LIEN
Book 20 @ Page 1
Pages Recorded 7
Recording Cost $        13.00

## NOTICE OF MECHANIC'S LIEN

State of West Virginia:
County of Harrison    :


To    Arsenal Resources LLC
Arsenal Midstream LLC
6031 Wallace Road Extension, Suite 300
Wexford, PA 15090

c/o Corporation Service Company
209 West Washington Street
Charleston, WV 25302


You will please take notice that the undersigned, Cleveland Brothers Equipment Co., Inc., has furnished, rented, and delivered construction equipment to Cofano Energy Services LLC, who was contractor with you, for use in the construction, installation, and improvement of a pipeline known as the Pritt Well Connect Project, located on the real estate known as tax map and parcel number 47-033-15-351-4, in the Simpson District of Harrison County, West Virginia, more fully described in the Memorandum of Pipeline Right of Way Agreement, filed March 14, 2019, at Book 1630 Page 505, and the Easement Ratification and Agreement, filed May 14, 2019, at Book 1633, Page 933. Said materials were furnished on the dates and in the quantities and at the price as shown in the itemized account, attached as Exhibit A, the last of said equipment rented on June 19, 2019.


You are further notified that there is still due and owing to the undersigned thereon the sum of Five hundred thirty five thousand, four hundred sixty eight dollars and six cents ($535,468.06), and that Cleveland Brothers Equipment Co., Inc., claims a lien upon your interest in the said tract of land and upon the buildings, structures, and improvements thereon, to secure the payment of the said sum.


By: _____

David D. Hough, Director of Credit and Finance
Cleveland Brothers Equipment Co., Inc.

BK0020 PG0003

# EXHIBIT A

BK0020 PG0003

Rentals

BK0020 PG0004

| Doc. date | Invoice # | Invoice Amt | Model | SN | Rental Period | Arsenal |
|---|---|---|---|---|---|---|
| 3/29/19 | T6498704 | $ 879.80 | CB36HD | 0MCN07926 | 3/11/19 - 4/8/19 | $ 879.80 |
| 3/29/19 | T6718502 | $ 22,503.80 | 336FLSG | 0RKB10423 | 3/11/19 - 4/8/19 | $ 22,503.80 |
| 4/1/19 | T6746001 | $ 15,682.17 | 572R | 0DSC00483 | 3/11/19 - 4/8/19 | $ 15,682.17 |
| 4/10/19 | T6755801 | $ 25,944.82 | D8TW | 0FMC01450 | 3/18/19 - 4/2/19 | $ 25,944.82 |
| 4/10/19 | T6837101 | $ 2,756.00 | DH3-17-25 | DH41713095 | 4/1/19 - 4/3/19 | $ 2,756.00 |
| 4/11/19 | T6746101 | $ 15,868.20 | 572R | 0DSC00417 | 3/18/19 - 4/15/19 | $ 15,868.20 |
| 4/11/19 | T6759401 | $ 13,770.46 | 336FLSG | 0EKB01368 | 3/18/19 - 4/15/19 | $ 13,770.46 |
| 4/11/19 | T6754001 | $ 13,451.40 | 336EL SG | 0FJH00303 | 3/18/19 - 4/15/19 | $ 13,451.40 |
| 4/11/19 | T6766901 | $ 13,959.67 | 336EL SG | 0FJH01845 | 3/18/19 - 4/15/19 | $ 13,959.67 |
| 4/11/19 | T6766801 | $ 13,451.40 | 336EL SG | 0FJH01859 | 3/18/19 - 4/15/19 | $ 13,451.40 |
| 4/11/19 | T6755902 | $ 23,442.96 | D8TW | 0FMC01448 | 3/18/19 - 4/15/19 | $ 23,442.96 |
| 4/11/19 | T6753901 | $ 13,589.20 | D6TLGPWVP | 0KSB01675 | 3/12/19 - 4/9/19 | $ 13,589.20 |
| 4/11/19 | T6768101 | $ 13,957.23 | D6TLGPWVP | 0MH700609 | 3/18/19 - 4/15/19 | $ 13,957.23 |
| 4/11/19 | T6744801 | $ 6,911.20 | TL1255D | 0ML701669 | 3/11/19 - 4/8/19 | $ 6,911.20 |
| 4/11/19 | T6769601 | $ 13,811.27 | 336FLSG | 0RKB01094 | 3/18/19 - 4/18/19 | $ 13,811.27 |
| 4/11/19 | T6759701 | $ 13,833.53 | 336FLSG | 0RKB01355 | 3/18/19 - 4/15/19 | $ 13,833.53 |
| 4/11/19 | T6750001 | $ 9,614.20 | H160ES | 0W9B00732 | 3/18/19 - 4/15/19 | $ 9,614.20 |
| 4/11/19 | T6750101 | $ 9,614.20 | H160ES | 0W9B00733 | 3/15/19 - 4/12/19 | $ 9,614.20 |
| 4/11/19 | T6771601 | $ 286.20 | THF48 | 2014260-04 | 3/15/19 - 4/12/19 | $ 286.20 |
| 4/11/19 | T6749501 | $ 7,907.60 | DH3-17-25 | DH31718059 | 3/18/19 - 4/15/19 | $ 7,907.60 |
| 4/16/19 | T6816601 | $ 911.60 | DB36SD | 0NBC13837 | 3/26/19 - 4/23/19 | $ 911.60 |
| 4/17/19 | T6579103 | $ 11,299.60 | D6TLGPWVP | 0MH700600 | 2/28/19 - 3/12/19 | $ 11,299.60 |
| 4/26/19 | T6718503 | $ 19,959.80 | 336FLSG | 0RKB10423 | 4/8/19 - 5/6/19 | $ 19,959.80 |
| 4/30/19 | T6753902 | $ 12,423.20 | D6TLGPWVP | 0KSB01675 | 4/9/19 - 5/7/19 | $ 12,423.20 |
| 4/30/19 | T6498705 | $ 879.80 | CB36HD | 0MCN07926 | 4/8/19 - 5/6/19 | $ 879.80 |
| 4/30/19 | T6744802 | $ 5,321.20 | TL1255D | 0ML701669 | 4/8/19 - 5/6/19 | $ 5,321.20 |
| 5/1/19 | T6746002 | $ 13,471.54 | 572R | 2014260-04 | 4/12/19 - 5/10/19 | $ 13,471.54 |
| 5/1/19 | T6771602 | $ 286.20 | THF48 | DH31719027A | 4/12/19 - 5/10/19 | $ 286.20 |
| 5/1/19 | T6891201 | $ 7,271.60 | DH3-17-25 | 0BYZ02336 | 4/12/19 - 5/10/19 | $ 7,271.60 |
| 5/8/19 | T6387605 | $ 6,826.40 | 336EL | 0BYZ02336 | 3/4/19 - 3/11/19 | $ 6,826.40 |
| 5/8/19 | T6754002 | $ 426.65 | 336EL SG | 0FJH00303 | 4/15/19 - 5/2/19 | $ 426.65 |

BK0020 PG0005

| Date | Invoice | $ Amount | Code | Order | Date Range | Note |
|---|---|---|---|---|---|---|
| 5/9/19 | T6766902 | $ 11,220.63 | 336EL SG | OFJH01845 | 4/15/19 - 5/13/19 | $ 10,018.42  25 days Arsenal....3 days Antero |
| 5/9/19 | T6766802 | $ 10,801.40 | 336EL SG | OFJH01859 | 4/15/19 - 5/13/19 | $ 10,801.40 |
| 5/9/19 | T6755903 | $ 20,401.82 | D8TW | OFMC01448 | 4/15/19 - 5/13/19 | $ 20,401.82 |
| 5/9/19 | T6768102 | $ 12,712.58 | D6TLGPWVP | OMH700609 | 4/15/19 - 5/13/19 | $ 4,540.21  10 days Arsenal....18 days Antero |
| 5/9/19 | T6769602 | $ 10,801.40 | 336FL SG | ORKB01094 | 4/15/19 - 5/13/19 | $ 10,801.40 |
| 5/9/19 | T6759702 | $ 10,801.40 | 336FL SG | ORKB01355 | 4/15/19 - 5/13/19 | $ 10,801.40 |
| 5/9/19 | T6759402 | $ 10,801.40 | 336FL SG | ORKB01368 | 4/15/19 - 5/13/19 | $ 10,801.40 |
| 5/9/19 | T6925501 | $ 16,832.80 | 740B | OT4R02539 | 4/17/19 - 5/15/19 | $ 16,832.80 |
| 5/9/19 | T6750002 | $ 9,084.20 | H160ES | OW9B00732 | 4/15/19 - 5/13/19 | $ 5,786.46  15 days Arsenal....10 days Antero |
| 5/9/19 | T6750102 | $ 9,084.20 | H160ES | OW9B00733 | 4/15/19 - 5/13/19 | $ 9,084.20 |
| 5/9/19 | T6749502 | $ 7,271.60 | DH3-17-25 | DH31718059 | 4/15/19 - 5/13/19 | $ 7,271.60 |
| 5/10/19 | T6755904 | $ 2,650.00 | D8TW | ORMC01448 | 5/7/19 - 5/7/19 | $ 2,650.00 |
| 5/13/19 | T6816602 | $ 911.60 | DB36SD | ONBC13837 | 4/23/19 - 5/21/19 | $ 911.60 |
| 5/22/19 | T6746102 | $ 16,302.80 | 572R | ODSC00417 | 4/15/19 - 5/8/19 | $ 16,302.80 |
| 5/22/19 | T6766803 | $ 2,556.08 | 336EL SG | OFJH01859 | 5/10/19 - 5/10/19 | $ 2,556.08 |
| 5/24/19 | T6718504 | $ 10,801.40 | 336FL SG | ORKB10423 | 5/6/19 - 6/3/19 | $ 10,801.40 |
| 5/24/19 | T6925502 | $ 361.46 | 740B | OT4R02539 | 5/15/19 - 5/15/19 | $ 361.46 |
| 5/29/19 | T6746003 | $ 13,347.52 | 572R | ODSC00483 | 5/6/19 - 6/3/19 | $ 6,673.76  14 days Arsenal....14 days Antero |
| 5/29/19 | T6753903 | $ 12,423.20 | D6T LGPWVP | OKSB01675 | 5/7/19 - 6/4/19 | $ 2,662.11  6 days Arsenal....22 days Antero |
| 5/29/19 | T6498706 | $ 879.80 | CB36HD | OMCN07926 | 5/6/19 - 6/3/19 | $ 879.80 |
| 5/29/19 | T6744803 | $ 5,321.20 | TL1255D | OML701669 | 5/6/19 - 6/3/19 | $ 5,321.20 |
| 5/29/19 | T6771603 | $ 286.20 | THF48 | 2014260-04 | 5/10/19 - 6/7/19 | $ 286.20 |
| 5/29/19 | T6891202 | $ 7,271.60 | DH3-17-25 | DH31719027A | 5/10/19 - 6/7/19 | $ 7,271.60 |
| 6/4/19 | T6769603 | $ 10,801.40 | 336FL SG | ORKB01094 | 5/13/19 - 6/10/19 | $ 10,801.40 |
| 6/4/19 | T6759703 | $ 10,801.40 | 336FL SG | ORKB01355 | 5/13/19 - 6/10/19 | $ 10,801.40 |
| 6/4/19 | T6750103 | $ 9,084.20 | H160ES | OW9B00733 | 5/13/19 - 6/10/19 | $ 9,084.20 |
| 6/4/19 | T6749503 | $ 7,271.60 | DH3-17-25 | DH31718059 | 5/13/19 - 6/10/19 | $ 7,271.60 |
| 6/10/19 | T6816603 | $ 911.60 | DB36SD | ONBC13837 | 5/21/19 - 6/18/19 | $ 911.60 |
| 6/24/19 | T6498707 | $ 879.80 | CB36HD | OMCN07926 | 6/3/19 - 7/1/19 | $ 439.90  14 days Arsenal....14 days Antero |
| 6/24/19 | T6744804 | $ 5,321.20 | TL1255D | OML701669 | 6/3/19 - 7/1/19 | $ 2,660.60  14 days Arsenal....14 days Antero |
| 6/24/19 | T6759704 | $ 14,119.20 | 336FL SG | ORKB01355 | 6/10/19 - 6/19/19 | $ 14,119.20 |
| 6/26/19 | T6771604 | $ 286.20 | THF48 | 2014260-04 | 6/7/19 - 7/5/19 | $ 143.10  14 days Arsenal....14 days Antero |
| 6/28/19 | T6768104 | $ 12,423.20 | D6T LGP W | OHTZ00400 | 6/10/19 - 7/8/19 | $ 3,105.80  7 days Arsenal....21 days Antero |

BK0020 PG0006

## Misc

| Date | Invoice # | Amount | Code | Project | Period | Amount | Note |
|---|---|---|---|---|---|---|---|
| 6/28/19 | T6750104 | $ 9,084.20 | H160ES | 0W9B00733 | 6/10/19 - 7/8/19 | $ 4,542.10 | 14 days Arsenal...14 days Antero |
| 7/12/19 | T6769604 | $ 10,801.40 | 336FLSG | ORKB01094 | 6/10/19 - 7/8/19 | $ 1,157.29 | 3 days Arsenal...25 days Antero |
| 7/23/19 | T6718505 | $ 15,947.70 | 336FLSG | ORKB10423 | 6/3/19 - 6/19/19 | $ 15,947.70 | |

duplicate payment of inovices assosicated with Arsenal Project

$ (63,928.99)

## Parts/Service

| Date | # | Project | Amount | | Amount | Note |
|---|---|---|---|---|---|---|
| 4/3/19 | 3 | INPP0314695 | $ 362.15 | | $ 362.15 | |
| 4/3/19 | 4 | | $ 62.07 | | $ 62.07 | |
| 4/5/19 | 9 | | $ 152.77 | | $ 152.77 | |
| 4/6/19 | 5 | | $ 201.21 | | $ 201.21 | |
| 4/11/19 | 3 | | $ 57.05 | | $ 57.05 | |
| 4/16/19 | 5 | | $ 679.05 | | $ 679.05 | |
| 4/18/19 | 9 | | $ 86.62 | | $ 86.62 | |
| 4/18/19 | 0 | | $ 286.14 | | $ 286.14 | |
| 4/18/19 | 8 | | $ 2,985.10 | | $ 2,985.10 | |
| 4/25/19 | 1 | | $ 1,281.73 | | $ 1,281.73 | |
| 4/27/19 | 9 | | $ 300.28 | | $ 300.28 | |
| 5/3/19 | 0 | | $ 424.69 | | $ 424.69 | |
| 5/4/19 | 5 | | $ 69.18 | | $ 69.18 | |
| 5/4/19 | 6 | | $ 39.83 | | $ 39.83 | |
| 5/4/19 | 7 | | $ 150.14 | | $ 150.14 | |
| 5/8/19 | 5 | | $ 326.95 | | $ 326.95 | |
| 5/22/19 | 7 | | $ 267.84 | | $ 267.84 | |
| 6/19/19 | 4 | | $ 5,144.96 | | $ 5,144.96 | BZY02336 |
| 7/5/19 | Pd 2X. Ck | | $ (12.53) | | $ (12.53) | |
| 7/5/19 | Pd 2X. Ck | | $ (708.11) | | $ (708.11) | |

BK0020 PG0007

| 7/5/19 | Pd 2x. Ck | $ | (86.96) |
| 7/16/19 | 8 | $ | 906.11 |
| 8/1/19 | 1 | $ | 6,264.43 |

|  |  |
| --- | --- |
| $ | (86.96) |
| $ | 906.11 |
| $ | 6,264.43  T4R02539 |
|  | RKB01355 |
| $ | 535,468.06 |

BK0020 PG0007

BK 0020 PG 0015

BRUCE E STANLEY
2424 CRAFTMONT AVENUE
PITTSBURGH PA 15205

Harrison County
Susan J Thomas, Clerk
Instrument 201900018924
08/27/2019 @ 09:14:02 AM
MECHANICS LIEN
Book 20 @ Page 15
Pages Recorded 7
Recording Cost $      13.00

## NOTICE OF MECHANIC'S LIEN

State of West Virginia:
County of Harrison    :

To     Ira H. Pritt
       Laura E. Pritt
       3444 Green Valley Road
       Bridgeport, WV 26330

You will please take notice that the undersigned, Cleveland Brothers Equipment Co., Inc., has furnished, rented, and delivered construction equipment to Cofano Energy Services LLC, who was contractor with Arsenal Resources LLC and Arsenal Midstream LLC, for use in the construction, installation, and improvement of a pipeline known as the Pritt Well Connect Project, located on the real estate owned by you at tax map and parcel number 47-033-15-351-4, in the Simpson District of Harrison County, West Virginia.  Said property was conveyed to you by Deed dated October 25, 1999, and recorded at Deed Book 1315, Page 307, and the right of ways for said pipeline are more fully described in the Memorandum of Pipeline Right of Way Agreement, filed March 14, 2019, at Book 1630 Page 505, and the Easement Ratification and Agreement, filed May 14, 2019, at Book 1633, Page 933.  Said materials were furnished on the dates and in the quantities and at the price as shown in the itemized account, attached as Exhibit A, the last of said equipment rented on June 19, 2019.

You are further notified that there is still due and owing to the undersigned thereon the sum of Five hundred thirty five thousand, four hundred sixty eight dollars and six cents ($535,468.06), and that Cleveland Brothers Equipment Co., Inc., claims a lien upon your interest in the said tract of land and upon the buildings, structures, and improvements thereon, to secure the payment of the said sum.

By: _____

David D. Hough, Director of Credit and Finance
Cleveland Brothers Equipment Co., Inc.

BK0020 PG0017

# EXHIBIT A

BK0020 PG0017

BK0020 PG0018

Rentals

| Doc. date | Invoice # | Invoice Amt | Model | SN | Rental Period | Arsenal |
|---|---|---|---|---|---|---|
| 3/29/19 | T6498704 | $ 879.80 | CB36HD | 0MCN07926 | 3/11/19 - 4/8/19 | $ 879.80 |
| 3/29/19 | T6718502 | $ 22,503.80 | 336FLSG | ORKB10423 | 3/11/19 - 4/8/19 | $ 22,503.80 |
| 4/1/19 | T6746001 | $ 15,682.17 | 572R | ODSC00483 | 3/11/19 - 4/8/19 | $ 15,682.17 |
| 4/10/19 | T6755801 | $ 25,944.82 | D8TW | OFMC01450 | 3/18/19 - 4/2/19 | $ 25,944.82 |
| 4/10/19 | T6837101 | $ 2,756.00 | DH3-17-25 | DH41713095 | 4/1/19 - 4/3/19 | $ 2,756.00 |
| 4/11/19 | T6746101 | $ 15,868.20 | 572R | ODSC00417 | 3/18/19 - 4/15/19 | $ 15,868.20 |
| 4/11/19 | T6759401 | $ 13,770.46 | 336FLSG | OEKB01368 | 3/18/19 - 4/15/19 | $ 13,770.46 |
| 4/11/19 | T6754001 | $ 13,451.40 | 336EL SG | OFJH00303 | 3/18/19 - 4/15/19 | $ 13,451.40 |
| 4/11/19 | T6766901 | $ 13,959.67 | 336EL SG | OFJH01845 | 3/18/19 - 4/15/19 | $ 13,959.67 |
| 4/11/19 | T6766801 | $ 13,451.40 | 336EL SG | OFJH01859 | 3/18/19 - 4/15/19 | $ 13,451.40 |
| 4/11/19 | T6755902 | $ 23,442.96 | D8TW | OFMC01448 | 3/18/19 - 4/15/19 | $ 23,442.96 |
| 4/11/19 | T6753901 | $ 13,589.20 | D6TLGPWVP | OKSB01675 | 3/12/19 - 4/9/19 | $ 13,589.20 |
| 4/11/19 | T6768101 | $ 13,957.23 | D6TLGPWVP | 0MH700609 | 3/18/19 - 4/15/19 | $ 13,957.23 |
| 4/11/19 | T6744801 | $ 6,911.20 | TL1255D | 0ML701669 | 3/11/19 - 4/8/19 | $ 6,911.20 |
| 4/11/19 | T6769601 | $ 13,811.27 | 336FL SG | ORKB01094 | 3/18/19 - 4/18/19 | $ 13,811.27 |
| 4/11/19 | T6759701 | $ 13,833.53 | 336FL SG | ORKB01355 | 3/18/19 - 4/15/19 | $ 13,833.53 |
| 4/11/19 | T6750001 | $ 9,614.20 | H160ES | 0W9B00732 | 3/18/19 - 4/15/19 | $ 9,614.20 |
| 4/11/19 | T6750101 | $ 9,614.20 | H160ES | 0W9B00733 | 3/18/19 - 4/15/19 | $ 9,614.20 |
| 4/11/19 | T6771601 | $ 286.20 | THF48 | 2014260-04 | 3/15/19 - 4/12/19 | $ 286.20 |
| 4/11/19 | T6749501 | $ 7,907.60 | DH3-17-25 | DH31718059 | 3/18/19 - 4/15/19 | $ 7,907.60 |
| 4/16/19 | T6816601 | $ 911.60 | DB36SD | 0NBC13837 | 3/26/19 - 4/23/19 | $ 911.60 |
| 4/17/19 | T6579103 | $ 11,299.60 | D6TLGPWVP | 0MH700600 | 2/28/19 - 3/12/19 | $ 11,299.60 |
| 4/26/19 | T6718503 | $ 19,959.80 | 336FLSG | ORKB10423 | 4/8/19 - 5/6/19 | $ 19,959.80 |
| 4/30/19 | T6753902 | $ 12,423.20 | D6TLGPWVP | 0KSB01675 | 4/9/19 - 5/7/19 | $ 12,423.20 |
| 4/30/19 | T6498705 | $ 879.80 | CB36HD | 0MCN07926 | 4/8/19 - 5/6/19 | $ 879.80 |
| 4/30/19 | T6744802 | $ 5,321.20 | TL1255D | 0ML701669 | 4/8/19 - 5/6/19 | $ 5,321.20 |
| 5/1/19 | T6746002 | $ 13,471.54 | 572R | ODSC00483 | 4/8/19 - 5/6/19 | $ 13,471.54 |
| 5/1/19 | T6771602 | $ 286.20 | THF48 | 2014260-04 | 4/12/19 - 5/10/19 | $ 286.20 |
| 5/1/19 | T6891201 | $ 7,271.60 | DH3-17-25 | DH31719027A | 4/12/19 - 5/10/19 | $ 7,271.60 |
| 5/8/19 | T6387605 | $ 6,826.40 | 336EL | 0BYZ02336 | 3/4/19 - 3/11/19 | $ 6,826.40 |
| 5/8/19 | T6754002 | $ 426.65 | 336EL SG | OFJH00303 | 4/15/19 - 5/2/19 | $ 426.65 |

BK0020 PG0019

| Date | Item | Amount | Code | Invoice | Date Range | Net / Notes |
|---|---|---|---|---|---|---|
| 5/9/19 | T6766902 | $ 11,220.63 | 336EL SG | 0FJH01845 | 4/15/19 - 5/13/19 | $ 10,018.42  25 days Arsenal...3 days Antero |
| 5/9/19 | T6766802 | $ 10,801.40 | 336EL SG | 0FJH01859 | 4/15/19 - 5/13/19 | $ 10,801.40 |
| 5/9/19 | T6755903 | $ 20,401.82 | D8TW | 0FMC01448 | 4/15/19 - 5/13/19 | $ 20,401.82 |
| 5/9/19 | T6768102 | $ 12,712.58 | D6T LGPWVP | 0MH700609 | 4/15/19 - 5/13/19 | $ 4,540.21  10 days Arsenal...18 days Antero |
| 5/9/19 | T6769602 | $ 10,801.40 | 336FL SG | 0RKB01094 | 4/15/19 - 5/13/19 | $ 10,801.40 |
| 5/9/19 | T6759702 | $ 10,801.40 | 336FL SG | 0RKB01355 | 4/15/19 - 5/13/19 | $ 10,801.40 |
| 5/9/19 | T6759402 | $ 10,801.40 | 336FL SG | 0RKB01368 | 4/17/19 - 5/15/19 | $ 5,786.46  15 days Arsenal...13 days Antero |
| 5/9/19 | T6925501 | $ 16,832.80 | 740B | 0T4R02539 | 4/17/19 - 5/15/19 | $ 16,832.80 |
| 5/9/19 | T6750002 | $ 9,084.20 | H160ES | 0W9B00732 | 4/15/19 - 5/13/19 | $ 5,839.84  18 days Arsenal...10 days Antero |
| 5/9/19 | T6750102 | $ 9,084.20 | H160ES | 0W9B00733 | 4/15/19 - 5/13/19 | $ 9,084.20 |
| 5/10/19 | T6749502 | $ 7,271.60 | DH3-17-25 | DH31718059 | 4/15/19 - 5/13/19 | $ 7,271.60 |
| 5/13/19 | T6755904 | $ 2,650.00 | D8TW | 0RMC01448 | 5/7/19 - 5/7/19 | $ 2,650.00 |
| 5/22/19 | T6816602 | $ 911.60 | DB36SD | 0NBC13837 | 4/23/19 - 5/21/19 | $ 911.60 |
| 5/22/19 | T6746102 | $ 16,302.80 | 572R | 0DSC00417 | 4/15/19 - 5/8/19 | $ 16,302.80 |
| 5/22/19 | T6766803 | $ 2,556.08 | 336EL SG | 0FJH01859 | 5/10/19 - 5/10/19 | $ 2,556.08 |
| 5/24/19 | T6718504 | $ 10,801.40 | 336FL SG | 0RKB10423 | 5/6/19 - 6/3/19 | $ 10,801.40 |
| 5/24/19 | T6925502 | $ 361.46 | 740B | 0T4R02539 | 5/15/19 - 5/15/19 | $ 361.46 |
| 5/24/19 | T6746003 | $ 13,347.52 | 572R | 0DSC00483 | 5/6/19 - 6/3/19 | $ 6,673.76  14 days Arsenal...14 days Antero |
| 5/29/19 | T6753903 | $ 12,423.20 | D6T LGPWVP | 0KSB01675 | 5/7/19 - 6/4/19 | $ 2,662.11  6 days Arsenal...22 days Antero |
| 5/29/19 | T6498706 | $ 879.80 | CB36HD | 0MCN07926 | 5/6/19 - 6/3/19 | $ 879.80 |
| 5/29/19 | T6744803 | $ 5,321.20 | TL1255D | 0ML701669 | 5/6/19 - 6/3/19 | $ 5,321.20 |
| 5/29/19 | T6771603 | $ 286.20 | THF48 | 2014260-04 | 5/10/19 - 6/7/19 | $ 286.20 |
| 5/29/19 | T6891202 | $ 7,271.60 | DH3-17-25 | DH31719027A | 5/10/19 - 6/7/19 | $ 7,271.60 |
| 6/4/19 | T6769603 | $ 10,801.40 | 336FL SG | 0RKB01094 | 5/13/19 - 6/10/19 | $ 10,801.40 |
| 6/4/19 | T6759703 | $ 10,801.40 | 336FL SG | 0RKB01355 | 5/13/19 - 6/10/19 | $ 10,801.40 |
| 6/4/19 | T6750103 | $ 9,084.20 | H160ES | 0W9B00733 | 5/13/19 - 6/10/19 | $ 9,084.20 |
| 6/4/19 | T6749503 | $ 7,271.60 | DH3-17-25 | DH31718059 | 5/13/19 - 6/10/19 | $ 7,271.60 |
| 6/10/19 | T6816603 | $ 911.60 | DB36SD | 0NBC13837 | 5/21/19 - 6/18/19 | $ 911.60 |
| 6/24/19 | T6498707 | $ 879.80 | CB36HD | 0MCN07926 | 6/3/19 - 7/1/19 | $ 439.90  14 days Arsenal...14 days Antero |
| 6/24/19 | T6744804 | $ 5,321.20 | TL1255D | 0ML701669 | 6/3/19 - 7/1/19 | $ 2,660.60  14 days Arsenal...14 days Antero |
| 6/24/19 | T6759704 | $ 14,119.20 | 336FL SG | 0RKB01355 | 6/10/19 - 6/19/19 | $ 14,119.20 |
| 6/26/19 | T6771604 | $ 286.20 | THF48 | 2014260-04 | 6/7/19 - 7/5/19 | $ 143.10  14 days Arsenal...14 days Antero |
| 6/28/19 | T6768104 | $ 12,423.20 | D6T LGP W | 0HTZ00400 | 6/10/19 - 7/8/19 | $ 3,105.80  7 days Arsenal...21 days Antero |

BK0020 PG0020

**Misc**

| Date | Ref | Amount | | Ref | Ref | Period | Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| 6/28/19 | T6750104 | $ 9,084.20 | H160ES | 0W9B00733 | | 6/10/19 - 7/8/19 | $ 4,542.10 | 14 days Arsenal...14 days Antero |
| 7/12/19 | T6769604 | $ 10,801.40 | 336FLSG | ORKB01094 | | 6/10/19 - 7/8/19 | $ 1,157.29 | 3 days Arsenal...25 days Antero |
| 7/23/19 | T6718505 | $ 15,947.70 | 336FLSG | ORKB10423 | | 6/3/19 - 6/19/19 | $ 15,947.70 | |

duplicate payment of inovices assosicated with Arsenal Project    $ (63,928.99)

**Parts/Service**

| Date | | | Amount | | Amount | |
|---|---|---|---|---|---|---|
| 4/3/19 | 3 | INPP0314695 | $ 362.15 | | $ 362.15 | |
| 4/3/19 | 4 | | $ 62.07 | | $ 62.07 | |
| 4/5/19 | 9 | | $ 152.77 | | $ 152.77 | |
| 4/6/19 | 5 | | $ 201.21 | | $ 201.21 | |
| 4/11/19 | 3 | | $ 57.05 | | $ 57.05 | |
| 4/16/19 | 5 | | $ 679.05 | | $ 679.05 | |
| 4/18/19 | 9 | | $ 86.62 | | $ 86.62 | |
| 4/18/19 | 0 | | $ 286.14 | | $ 286.14 | |
| 4/18/19 | 8 | | $ 2,985.10 | | $ 2,985.10 | |
| 4/25/19 | 1 | | $ 1,281.73 | | $ 1,281.73 | |
| 4/27/19 | 9 | | $ 300.28 | | $ 300.28 | |
| 5/3/19 | 0 | | $ 424.69 | | $ 424.69 | |
| 5/4/19 | 5 | | $ 69.18 | | $ 69.18 | |
| 5/4/19 | 6 | | $ 39.83 | | $ 39.83 | |
| 5/4/19 | 7 | | $ 150.14 | | $ 150.14 | |
| 5/8/19 | 5 | | $ 326.95 | | $ 326.95 | |
| 5/22/19 | 7 | | $ 267.84 | | $ 267.84 | |
| 6/19/19 | 4 | | $ 5,144.96 | | $ 5,144.96 | BZY02336 |
| 7/5/19 | Pd 2X. Ck | | $ (12.53) | | $ (12.53) | |
| 7/5/19 | Pd 2X. Ck | | $ (708.11) | | $ (708.11) | |

BK0020 PG0021

| | | |
|---|---|---|
| 7/5/19 | Pd 2x. Ck | $ (86.96) |
| 7/16/19 | 8 | $ 906.11 |
| 8/1/19 | 1 | $ 6,264.43 |

| | |
|---|---|
| $ (86.96) | |
| $ 906.11 | T4R02539 |
| $ 6,264.43 | RKB01355 |
| $ 535,468.06 | |

## Card 1 (Top Left)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☐ Addressee
B. Received by (Printed Name) Anna Carr
C. Date of Delivery 9/27/19
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IOG RESOURCES, LLC
2911 TURTLE CREEK
SUITE 700
DALLAS, TX 75219

9590 9402 4554 8278 1862 51

2. Article Number (Transfer from service label)
7019 0160 0000 3372 6401

PS Form 3811, July 2015 PSN 7530-02-000-9053

## Card 2 (Top Right)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☑ Agent ☐ Addressee
B. Received by (Printed Name) Ryan Sparks
C. Date of Delivery 8/8?
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

IOG RESOURCES, LLC
c/o CAPITOL SERVICES, INC
209 E. 9TH ST., STE 1300
AUSTIN, TX 78701

9590 9402 4554 8278 1862 75

2. Article Number (Transfer from service label)
7019 0160 0000 3372 6395

PS Form 3811, July 2015 PSN 7530-02-000-9053

## Card 3 (Bottom Left)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☐ Agent ☑ Addressee
B. Received by (Printed Name) Ira Pritt
C. Date of Delivery 8/26/19
D. Is delivery address different from item 1? ☐ Yes ☒ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

IRA H. PRITT
LAURA E. PRITT
3444 GREEN VALLEY ROAD
BRIDGEPORT, WV 26330

9590 9402 4554 8278 1862 68

Article Number (Transfer from service label)
19 0160 0000 3372 6418

PS Form 3811, July 2015 PSN 7530-02-000-9053

## Card 4 (Bottom Right)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☑ Agent ☐ Addressee
B. Received by (Printed Name) Renee White
C. Date of Delivery 8-29-19
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

ARSENAL RESOURCES LLC
ARSENAL MIDSTREAM LLC
6031 WALLACE ROAD EXT.
SUITE 300
WEXFORD, PA 15090

9590 9402 4554 8278 1862 99

Article Number (Transfer from service label)
19 0160 0000 3372 6371

PS Form 3811, July 2015 PSN 7530-02-000-9053