## CERTIFICATE OF SERVICE

I, Henry J. Jaffe, hereby certify that on the 16th day of January, 2020, I did cause copies of the foregoing *Answer with Counterclaim and Cross-Claims of Cleveland Brothers Equipment Co., Inc.* to be served upon the parties set forth on the attached service list, in the manner indicated.

/s/ Henry J. Jaffe
Henry J. Jaffe, Esq. (DE Bar No. 2987)

#56658244 v1

**ARSENAL RESOURCES DEVELOPMENT, LLC**
**ADV. PROC. CASE NO. 19-51169 (BLS)**

**SERVICE LIST**

| | |
|---|---|
| **BY FIRST CLASS MAIL**<br>Bayou City Equipment, LLC<br>c/o CT Corporation System<br>1999 Bryan Street, Suite 900<br>Dallas, TX  75201 | **BY FIRST CLASS MAIL**<br>Bayou City Equipment, LLC<br>Attn: Evan Hughes, President<br>14500 E. Hardy Road<br>Houston, TX  77039 |
| **BY FIRST CLASS MAIL AND EMAIL**<br>*(Counsel to Capital Foundry LLC)*<br>Jeremy S. Friedberg<br>Friedberg, PC<br>10045 Red Run Blvd., Ste. 160<br>Baltimore, MD  21117<br>jeremy@friedberg.legal.com | **BY FIRST CLASS MAIL AND EMAIL**<br>*(Counsel To Capital Foundry, LLC)*<br>Sullivan Hazeltine Allinson, LLC<br>Attn:  William A. Hazeltine<br>901 N. Market St., Suite 1300<br>Wilmington, DE  19801<br>whazeltine@sha-llc.com |
| **BY FIRST CLASS MAIL**<br>Cofano Energy Services, LLC<br>Attn:  Kurt Cofano, CEO<br>3067 Woodridge Drive<br>Pittsburgh, PA  15227 | **BY FIRST CLASS MAIL**<br>GeoCorr LLC<br>Raul Munoz<br>5200 Mitchelldale Street<br>Suite D-08<br>Houston, TX  77092 |
| **BY FIRST CLASS MAIL AND EMAIL**<br>*(Counsel to Cross Country Infrastructure Services Inc., f/k/a Cross Country Pipeline Supply Company, Inc.)*<br>Morris James LLP<br>Attn:  Stephen M. Miller<br>500 Delaware Ave., Suite 1500<br>P.O. Box 2306<br>Wilmington, DE  19899-1750<br>smiller@morrisjames.com | **BY FIRST CLASS MAIL AND EMAIL**<br>*(Counsel to Pipeline Supply & Service, LLC)*<br>Ferry Joseph, P.A.<br>Attn:  Theodore J. Tacconelli, Esq.<br>824 Market St., Suite 1000<br>Wilmington, DE  19801<br>ttacconelli@ferryjoseph.com |
| **BY FIRST CLASS MAIL**<br>Darby Equipment Company, LLC<br>Bonnie S. Darby<br>2940 N. Toledo Avenue<br>Tusla, OK  74115 | **BY FIRST CLASS MAIL**<br>Darby Equipment Company, LLC<br>c/o Michael A. Jacks<br>Jacks Legal Group, P.L.L.C.<br>3467 University Ave., Suite 200<br>Morgantown, WV  26505 |

| | |
|---|---|
| **BY FIRST CLASS MAIL AND EMAIL**<br>*(Counsel To Arsenal Resources LLC & Arsenal Midstream LLC)*<br>Simpson Thacher & Bartlett LLP<br>Attn:  Michael H. Torkin, William T. Russell, Jr., Kathrine A. Mclendon, Nicholas E. Baker, Edward R. Linden, and Jamie J. Fell<br>425 Lexington Avenue<br>New York, NY  10017<br>michael.torkin@stblaw.com; kmclendon@stblaw.com; nbaker@stblaw.com; edward.linden@stblaw.com; Jamie.fell@stblaw.com | **BY FIRST CLASS MAIL AND EMAIL**<br>*(Counsel to Arsenal Resources LLC & Arsenal Midstream LLC)*<br>Young Conaway Stargatt & Taylor, LLP<br>Attn:  Pauline K. Morgan, Kara H. Coyle, Michael S. Neiburg, Ashley E. Jacobs, and Elizabeth S. Justison<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>pmorgan@ycst.com; kcoyle@ycst.com; ajacobs@ycst.com; ejustison@ycst.com |
| **BY FIRST CLASS MAIL**<br>United Rentals (North America), Inc.<br>Attn: Joli Gross, SVP, General Counsel & Corporate Secretary<br>100 First Stamford Place, Suite 700<br>Stamford, CT 06902 | **BY FIRST CLASS MAIL**<br>United Rentals (North America), Inc.<br>c/o Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE  19808 |