**CERTIFICATE OF SERVICE**

I, R. Karl Hill, hereby certify that on this 19th day of February 2020 the foregoing *Response of United Rentals (North America), Inc. in Support of Motion to Intervene as a Defendant of Gwinnup's Restoration and Environmental Services, Inc.* was served upon all counsel of record via CM/ECF.

/s/ R. Karl Hill
R. KARL HILL (2747)