# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ARSENAL RESOURCES DEVELOPMENT LLC, *et al.*,[1] | Case No. 19-12347 (BLS) |
| | (Jointly Administered) |
| Debtors. | |
| ARSENAL RESOURCES LLC and ARSENAL MIDSTREAM LLC, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 19-51169 (BLS) |
| BAYOU CITY EQUIPMENT, LLC, *et al.* | **Related Docket No. 54** |
| Defendants. | |

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am an employee of **SULLIVAN · HAZELTINE · ALLINSON LLC**, 919 North Market Street, Suite 420, Wilmington, DE 19801.

3. On March 26, 2020, I caused a copy of the *Order Granting Motion to Correct Entity Name of Defendant/Cross-Defendant Capital Foundry Funding, LLC* [D.I. 54] to be served on the parties listed on the attached Service List via Electronic Mail.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 26, 2020          By:  */s/ Heidi M. Coleman*
      Wilmington, Delaware              Heidi M. Coleman

---

[1] The debtors in the chapter 11 cases, along with the last four digits of each debtor's United States federal tax identification number, are: Arsenal Resources Development LLC (4072); Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); Arsenal Resources Development Holdings 2 LLC (3020); Arsenal Resources Development Holdings 1 LLC (9647); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). The debtors' mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090.

## SERVICE LIST

David M. Powlen, Esq.
Kevin G. Collins, Esq.
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801
david.powlen@btlaw.com
kevin.collins@btlaw.com

Pauline K. Morgan, Esq.
Kara Hammond Coyle, Esq.
Michael S. Neiburg, Esq.
Ashley E. Jacobs, Esq.
Elizabeth S. Justison, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
pmorgan@ycst.com
kcoyle@ycst.com
mneiburg@ycst.com
ajacobs@ycst.com
ejustison@ycst.com

Kristhy M. Peguero, Esq.
Jackson Walker LLP
1401 McKinney Street, Suite 1900
Houston, TX 77010
kpeguero@jw.com

Justin G. Weber, Esq.
Pepper Hamilton LLP
Suite 200 100 Market Street
PO Box 1181
Harrisburg, PA 17108-1181
weberjg@pepperlaw.com

James P. Moloy, Esq.
V. Samuel Laurin III, Esq.
Bose McKinney & Evans LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
jmoloy@boselaw.com
slaurin@boselaw.com

Michael H. Torkin, Esq.
William T. Russell, Jr., Esq.
Kathrine A. McLendon, Esq.
Nicholas E. Baker, Esq.
Edward R. Linden, Esq.
Jamie J. Fell, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
michael.torkin@stblaw.com
wrussell@stblaw.com
kmclendon@stblaw.com
nbaker@stblaw.com
edward.linden@stblaw.com
jamie.fell@stblaw.com

Theodore J. Tacconelli, Esq.
Ferry Joseph, P.A.
824 Market Street, Suite 1000
PO Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Bruce E. Stanley, Esq.
Alicia M. Schmitt, Esq.
Stanley & Schmitt PC
2424 Craftmont Avenue
Pittsburgh, PA 15205
bruce@stanleyschmittlaw.com
alicia@stanleyschmittlaw.com

Stephen M. Miller, Esq.  
Morris James LLP  
500 Delaware Avenue, Suite 1500  
PO Box 2306  
Wilmington, DE 19899-2306  
smiller@morrisjames.com  

Henry J. Jaffe, Esq.  
Kenneth A. Listwak, Esq.  
Pepper Hamilton LLP  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, DE 19801  
jaffeh@pepperlaw.com  
listwakk@pepperlaw.com  

John D.S. Gilmour, Esq.  
Lana M. Rowenko, Esq.  
Kelley Drye & Warren LLP  
515 Post Oak Boulevard, Suite 900  
Houston, TX 77027  
jgilmour@kelleydrye.com  
lrowenko@kelleydrye.com  

R. Karl Hill, Esq.  
Seitz, Van Ogtrop & Green, P.A.  
222 Delaware Avenue, Suite 1500  
Wilmington, DE 19801  
khill@svglaw.com  

Paul Schrader, Esq.  
Fullerton & Knowles, P.C.  
12642 Chapel Road  
Clifton, VA 20124  
pschrader@fullertonlaw.com