# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARSENAL RESOURCES DEVELOPMENT HOLDINGS 1 LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 19-12352 (BLS) |
| ARSENAL RESOURCES LLC and ARSENAL MIDSTREAM LLC,<br><br>                      Plaintiffs,<br>v.<br><br>BAYOU CITY EQUIPMENT, LLC, CAPITAL FOUNDRY FUNDING, LLC, CLEVELAND BROTHERS EQUIPMENT CO., INC., COFANO ENERGY SERVICES, LLC, CROSS COUNTRY INFRASTRUCTURE SERVICES INC. F/K/A CROSS-COUNTRY PIPELINE SUPPLY CO., INC., DARBY EQUIPMENT COMPANY, LLC, PIPELINE SUPPLY & SERVICE, LLC, UNITED RENTALS (NORTH AMERICA), INC. and GWINNUP'S RESTORATION AND ENVIRONMENTAL SERVICES, INC.,<br><br>                      Defendants. | Adv. Proc. No. 19-51169 (BLS)<br><br><br><br><br><br><br><br>**Adv. Docket Ref. Nos. 79 & 80** |

## CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING SETTLEMENT WITH BAYOU CITY EQUIPMENT, LLC, CAPITAL FOUNDRY FUNDING, LLC,

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 9647, and the Reorganized Debtor's mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of January 7, 2020: Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); and Arsenal Resources Development Holdings 2 LLC (3020). The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of January 13, 2020: Arsenal Resources Development LLC (4072); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). *See* Chapter 11 Case No. 19-12347, Docket No. 231. On March 23, 2020, the Court entered an order closing the remaining chapter 11 case of Arsenal Resources Development Holdings 1 LLC. *See* Chapter 11 Case No. 19-12352, Docket No. 40.

27658540.1

**CROSS COUNTRY INFRASTRUCTURE SERVICES, INC. F/K/A CROSS-COUNTRY PIPELINE SUPPLY CO., INC., AND PIPELINE SUPPLY & SERVICE, LLC**

The undersigned counsel to Arsenal Resources LLC and Arsenal Midstream LLC (together, the "*Plaintiffs*") hereby certifies as follows:

1. On December 18, 2019, the Plaintiffs commenced the above-captioned adversary proceeding by filing a complaint [Adv. Docket No. 1] against the above-captioned defendants (the "*Defendants*").

2. On December 17, 2020, the Plaintiffs and Capital Foundry Funding, LLC ("*Capital Foundry*"), one of the Defendants, filed that certain *Consent Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019* [Adv. Docket No. 79] (the "*9019 Motion*"), seeking approval of a settlement agreement (the "*Settlement Agreement*") by and between the Plaintiffs, Capital Foundry, and certain other Defendants, which include Bayou City Equipment, LLC ("*Bayou City*"), Cross Country Infrastructure Services, Inc. f/k/a Cross-Country Pipeline Supply Co., Inc. ("*Cross Country*") and Pipeline Supply & Service, LLC ("*Pipeline Supply*," and with Capital Foundry, Bayou City and Cross Country, the "*Settling Defendants*").

3. On December 31, 2020, Cleveland Brothers Equipment Co., Inc. ("*Cleveland Brothers*") filed that certain *Limited Objection and Response of Cleveland Brothers Equipment Co., Inc. to the Consent Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019* [Adv. Docket No. 80], objecting to entry of the proposed order (the "*Proposed Order*") approving the 9019 Motion on the basis that fees remain due and owing to the mediator (the "*Mediator*") in this matter. Cleveland Brothers did not object to the Settlement Agreement in principal, but requested that the Court condition entry of the Proposed Order upon certification from the Mediator that payment to the Mediator had been made in full. Additionally, Cleveland Brothers requested a scheduling conference to establish upcoming deadlines and address continued litigation in the

27658540.1

matter with respect to the remaining Defendants (collectively, the "**Remaining Defendants**") not party to the Settlement Agreement.

4. Following discussions among the Plaintiffs, the Settling Defendants, Cleveland Brothers, and the Mediator, the Mediator has informed the Plaintiffs' undersigned counsel that the Mediator has been paid in full and no amounts remain outstanding and owed to the Mediator. In turn, the Plaintiffs' undersigned counsel has advised Cleveland Brothers that the Mediator has certified that he has been paid in full. Moreover, the Court has scheduled a status conference for March 30, 2021 at 10:00 a.m. (ET) to address continued litigation in the matter. Accordingly, counsel to Cleveland Brothers has advised the Plaintiffs' undersigned counsel that it does not oppose entry of the Proposed Order.

WHEREFORE, as the Plaintiffs did not receive any other objections or responses other than that described herein, the Plaintiffs respectfully request that the Court enter the Proposed Order attached to the 9019 Motion at the Court's earliest convenience.

Dated: March 4, 2021
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kara Hammond Coyle
Kara Hammond Coyle (No. 4410)
Michael S. Neiburg (No. 5275)
Matthew P. Milana (No. 6681)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 576-1253

*Counsel for Arsenal Resources LLC and Arsenal Midstream LLC*

27658540.1