IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ARSENAL RESOURCES DEVELOPMENT HOLDINGS 1 LLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 19-12352 (BLS) |
| ARSENAL RESOURCES LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BAYOU CITY EQUIPMENT, LLC, *et al.*<br><br>Defendants. | Adv. Proc. No. 19-51169 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR REMOTE STATUS CONFERENCE ON APRIL 13, 2021 AT 2:00 P.M. (ET)**

**ZOOM INSTRUCTIONS:**

The remote status conference will be conducted entirely over Zoom and requires all participants to **register in advance**. COURTCALL WILL NOT BE USED FOR THIS HEARING.

When registering, please copy and paste the below link to your browser. **As part of the Court's protocol, please remember to register with Zoom immediately in order to avoid being denied access.**

https://debuscourts.zoomgov.com/meeting/register/vJIsfuqopjMtG4bnK-m3jlge2cj5pr-ll3I

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the status conference.

---

[1] The last four digits of the Reorganized Debtor's federal tax identification number are 9647, and the Reorganized Debtor's mailing address is 6031 Wallace Road Ext., Suite 300, Wexford, PA 15090. The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of January 7, 2020: Arsenal Energy Holdings LLC (6279); Arsenal Resources Intermediate Holdings LLC (5901); Arsenal Resources Energy LLC (2820); and Arsenal Resources Development Holdings 2 LLC (3020). The chapter 11 cases of the following affiliates of the Reorganized Debtor were closed effective as of January 13, 2020: Arsenal Resources Development LLC (4072); Arsenal Gas Marketing LLC (1113); Arsenal Midstream LLC (9654); Arsenal Water LLC (2465); Ulysses Gathering LLC (6546); Mar Key LLC (5428); Arsenal Resources LLC (3422); River Ridge Energy Holdings, LLC (8135); River Ridge Energy, LLC (5623); River Ridge Pennsylvania, LLC (5444); River Ridge Operating, LLC (4051); and Seneca-Upshur Petroleum, LLC (9204). [See Chapter 11 Case No. 19-12347, Docket No. 231].

27907572.1

**STATUS CONFERENCE**

1. Consent Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019 [D.I. 79, 12/17/20]

    Related Documents:

    A. Limited Objection and Response of Cleveland Brothers Equipment Co, Inc. to the Consent Motion to Approve Settlement Pursuant to Bankruptcy Rule 9019 [D.I. 80, 12/31/20]

    B. Certification of Counsel Regarding Order Approving Settlement With Bayou City Equipment, LLC, Capital Foundry Funding, LLC, Cross Country Infrastructure Services, Inc. f/k/a Cross-Country Pipeline Supply Co., Inc., and Pipeline Supply & Service, LLC [D.I. 84, 3/4/21]

    C. Order Approving Settlement With Bayou City Equipment, LLC, Capital Foundry Funding, LLC, Cross Country Infrastructure Services, Inc. f/k/a Cross-Country Pipeline Supply Co., Inc., and Pipeline Supply & Service, LLC [D.I. 85, 3/8/21]

    D. Notice of Remote Status Conference on April 13, 2021 at 2:00 p.m. (ET) [D.I. 87, 3/30/21]

    Status: This matter is going forward as a status conference to address continued litigation with respect to the remaining Defendants.

Dated: April 9, 2021
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Matthew P. Milana*
Kara Hammond Coyle (No. 4410)
Michael S. Neiburg (No. 5275)
Matthew P. Milana (No. 6681)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 571-6600
Facsimile:    (302) 571-1253
Email:         kcoyle@ycst.com
                    mneiburg@ycst.com
                    mmilana@ycst.com

*Counsel for Arsenal Resources LLC and Arsenal Midstream LLC*